INSTRUMENT#: 2016027629 OR BK 4754 PG 660 PAGES: 3 3/17/2016 3:07:15 PM
NEIL KELLY, LAKE COUNTY CLERK OF THE CIRCUIT COURT
REC FEES: $0.00

Case 6:20-ap-00051-LVV    Doc 1-1    Filed 08/17/20    Page 1 of 3

IN THE COUNTY COURT OF THE FIFTH JUDICIAL CIRCUIT, IN AND FOR
LAKE COUNTY, FLORIDA

WHITE OAK PASTURES, INC.,

    Plaintiff,

v.     CASE NO. 2015-CC-003468

BCCFL, LLC,

    Defendant.

_____/

## DEFAULT JUDGMENT

This Court being fully advised and having considered the pleadings, the applicable law, and the default entered against Defendant BCCFL, LLC, finds that Plaintiff White Oak Pastures, Inc. is entitled to the relief prayed for in the Complaint and that the Court has jurisdiction to grant same.

It is therefore ORDERED AND ADJUDGED that:

1. This Court has jurisdiction of the subject matter and the parties of this cause.

2. The Court finds that a Clerk's Default was entered on December 10, 2015, against Defendant BCCFL, LLC for failure to serve any paper or file any paper as required by law.

3. The Court finds that, to date, Defendant BCCFL, LLC has failed to file any response to the Complaint and has failed to otherwise appear in this matter.

4. Defendant BCCFL, LLC is a Florida limited liability company with its principal place of business at 2447 S. Highway 27, Clermont, Florida 34711.

Exhibit "A"

5. Plaintiff White Oak Pastures, Inc. shall recover from Defendant BCCFL, LLC the total amount of $10,555 (herein "Judgment Total") which said Judgment Total shall bear interest at the rate of 4.75% per year, said rate to be adjusted annually on January 1 of each year in accordance with §55.03, Florida Statutes, from the date of this judgment until paid in full, plus any further sums in connection herewith, **for all of which let execution issue.** Accordingly, a money judgment is entered against Defendant BCCFL, LLC in the above-described Judgment Total ($10,555) in favor of Plaintiff White Oak Pastures, Inc.

6. IT IS FURTHER ORDERED AND ADJUDGED that BCCFL, LLC shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet) and shall serve it on the judgment creditor's attorney within 45 days from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed.

7. For purposes of Section 55.10(1), Florida Statutes, Plaintiff White Oak Pastures, Inc.'s address is 22775 US Highway 27, Bluffton, Georgia 39824.

DONE and ORDERED in Chambers in Tavares, Lake County, Florida, this 16 day of March, 2016.

TERRY T. NEAL
COURT JUDGE

Conformed copies to:
Louis E. Harper III
Borowski & Traylor, P.A.
~~25 W. Cedar Street, Suite 525~~ P.O. Box 12651
Pensacola, FL ~~32502~~ 32591-2651

2

boharper@borowski-taylor.com

BCCFL, LLC
c/o Suzanne Bonham
2447 S. Hwy 27
Clermont, Florida 34711
via U.S. Mail