**Composite Exhibit "B"**

# BILL OF SALE AND ASSIGNMENT OF GENERAL INTANGIBLES

SELLER:
BCCFL, LLC d/b/a Burger Craft
2447 S Hwy 27
Clermont, Florida 34711

BUSINESS:
Burger Craft
2447 S Hwy 27
Clermont, Florida 34711

BUYER:
Premier Services AB LLC
9741 Fountainebleau Blvd, Apt 210
Miami, Florida 33172

CLOSING AGENT:
Kenneth S. Gluckman, Esquire
General Counsel Advisors, P. A.
1079 W. Morse Blvd, Suite C
Winter Park, Florida 32789

KNOW ALL MEN BY THESE PRESENTS THAT **BCCFL, LLC d/b/a Burger Craft** (the "Seller"), in consideration of the sum of Ten Dollars ($10.00) and other valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby grants, bargains, sells, conveys, transfers, assigns and delivers unto **Premier Services AB LLC** (the "Buyer"), all of the assets as described on **Schedule "A"** hereto (the "Assets") of **Burger Craft** (the "Business"), and the following described tangible and intangible assets used in connection with the business:

All Furniture, Fixtures, Equipment and other personal property listed on **Schedule "A"**.
All customer records.
All goodwill, general intangibles, licenses and contract rights, including without limitation, all customer accounts and contracts for services to be rendered by the Business.
Telephone number(s), yellow pages ads or other advertising that refers to said telephone numbers of the Business.
The Business name, email, domain name and website used for the Business.
Any rights of Seller in the lease for the Business premises.
Any warranties of vendors pertaining to personal property conveyed hereby.

Seller warrants and represents to Buyers, its successors and assigns, that it has good and marketable title to the Assets conveyed hereby, and the same is free and clear of all liens, charges and encumbrances whatsoever, and Seller covenants and agrees to defend Buyers title to the Assets conveyed hereby against all persons whomsoever.

IN WITNESS WHEREOF, Seller has executed these presents this 29th day of February, 2016.

SELLER:
BCCFL, LLC d/b/a Burger Craft

By: _____
Suzanne Bonham, Manager

1 of 2

Scanned by CamScanner

Witness:
Signature: _John W. Hoyt_
Printed Name: John W. Hoyt Jr

Witness:
Signature: _Kathleen Osen_
Printed Name: Kathleen Osen

STATE OF FLORIDA
COUNTY OF ORANGE

SWORN TO AND SUBSCRIBED before me, the undersigned Notary Public, by Suzanne Bonham, as Manager who is personally known to me or produced Florida Driver License as identification this 29th day of February, 2016.

Notary Public
Stamp:

Notary Public State of Florida
Kenneth S Gluckman
My Commission FF 096629
Expires 02/27/2018

2 of 2

# Schedule A – BCCFL, LLC
# FURNTITURE, FIXTURES AND EQUIPMENT

TOAST POS TERMINALS INCLUDED ALL REGISTER AND KITCHEN PRINTERS- 2

DINING TABLES- 13

BLACK DINING CHAIRS- 60

PICNIC TABLES – 4

BAR STOOLS- 7

OUTDOOR TABLES AND UMBRELLAS-2

CAPTIVE AIR HOOD SYSTEM

FLAT TOPS GRILLS- 2

4 BURNER STOVE AND OVEN

4 DRWER CHEF'S BASE UNDER FLAT TOPS

65 LB FRYERS-2

SANDWICH TOP REACH IN COOLERS-2

TRUE ICE CREAM FREEZER

FOOD PROCESSOR

THREE COMPARTMENT SINK

2 STAINLESS STEELE TABLES

METRO SHELVING – 3

MILK SHAKE BLENDER-1

3 COMPARTMENT CROCK POT-1

ONE DOOR FREEZER-2

WALK IN COOLER- 1

 JA

Scanned by CamScanner

OFFICE FURNITURE

VIDEO CAMERAS-5

ALL SMALL WARES INCLUDED

COKE MACHINE AND BAG IN BOX INCLUDED THROUGH COKE

TEA MACHINE INCLUDED AND PROVIDED BY GFS VENDOR

*JA*

Scanned by CamScanner

# PROMISSORY NOTE

$50,000.00

February 29, 2016
Winter Park, Florida

**FOR VALUE RECEIVED, Premier Services AB LLC**, a Florida limited liability company ("Borrower"), promises to pay **Suzanne Bonham**, whose mailing address is 501 Lake Pointe Cove Circle, Winter Garden, Florida 34787 ("Lender"), the principal sum of FIFTY THOUSAND AND 00/100 DOLLARS ($50,000.00) or so much thereof as may be from time to time outstanding, plus interest at the rate of six percent (6%) all in accordance with the terms and conditions of this Promissory Note (the "Note").

1. <u>Payment</u>. Payments shall be made consisting of principal and interest in the amount of ONE THOUSAND FIVE HUNDRED TWENTY-ONE AND 10/100 DOLLARS ($1,521.10), and shall be due and payable for the next thirty-six (36) months, commencing on March 29, 2016 and continuing to March 1, 2019.

2. <u>Maturity Date</u>. This Note will mature and the entire unpaid Principal amount and all accrued Interest shall be due and paid in full on March 1, 2019 (the "Maturity Date").

3. <u>Prepayments</u>. This Note may be prepaid in whole or in part without penalty at any time.

4. <u>Security Agreement</u>. This Note is secured by that certain Security Agreement dated of even date herewith (the "Security Agreement"), and which may be further secured by the filing of a UCC financing statement with the State of Florida.

5. <u>Default</u>. Any failure of Borrower to comply with any term, covenant, or condition of this Note or the Security Agreement, including without limitation, Borrower's failure to pay principal, interest, or expenses when same shall become due, regardless of how such amount may have become due shall be deemed, at the option of Lender, a default under this Note.

6. <u>Default Rate</u>. After default or upon the Maturity Date, and thereafter, the unpaid indebtedness then evidenced by this Note shall bear interest at a fixed rate equal to the lesser of (a) the maximum rate then permitted under applicable law, or (b) eighteen percent (18%) per annum.

7. <u>Late Charges</u>. Should Borrower fail to pay the installments of interest or interest and principal (whichever is applicable) within ten (10) days after any due date provided for herein, then Borrower further promises to pay a late payment charge equal to five percent (5%) of the amount of the unpaid installment as liquidated compensation to Lender for the extra expense to Lender to process and administer the late payment.

8. <u>Setoff</u>. Lender shall indemnify, defend and hold Borrower harmless from certain claims related to Lender's past operation and ownership of the Business known as **"Burger Craft"**

1 of 3

as specified in purchase and sale contract between Lender and Borrower. In the event Borrower should become aware of any such claim against the Business, Borrower shall promptly notify Lender in writing of such claim. In the event Lender does not pay said claim or said claim is not disputed within ten days from the receipt of such notice, Borrower may, at its sole option, pay such claim and receive full credit against the payments next coming due under this Promissory Note.

9. <u>Expenses</u>. In the event this Note is not paid when due on any stated maturity date, or in the event Borrower Defaults under this Note or the Security Agreement, Borrower will pay to Lender, in addition to principal, interest and other charges due hereunder, all costs of collection or enforcement, including reasonable attorneys' fees, paralegals' fees, legal assistants' fees, costs and expenses, whether incurred with respect to collection, litigation, bankruptcy proceedings, interpretation, dispute, negotiation, trial, appeal, enforcement of any judgment based on this Note or the Security Agreement, or otherwise, whether or not a suit to collect such amounts or to enforce such rights is brought or, if brought, is prosecuted to judgment.

10. <u>Modification</u>. This Note may not be changed orally, but only by an agreement in writing signed by the party against whom enforcement of any waiver, changes, modifications, or discharges is sought.

11. <u>Applicable Law</u>. The Borrower and Lender hereby agree that the terms of this Note shall be governed and construed in accordance with the internal laws and judicial decisions of the State of Florida, without regard to conflict of laws principles..

12. <u>Successors and Assigns</u>. As used herein, the terms "Borrower" and "Lender" shall be deemed to include their respective heirs, personal representatives, successors and assigns.

13. <u>Severability</u>. In the event any one or more of the provisions of this Note shall for any reason be held to be invalid, illegal, or unenforceable, in whole or in part or in any respect, or in the event that any one or more of the provisions of this Note operates or would prospectively operate to invalidate this Note, then and in any of those events, only such provision or provisions shall be deemed null and void and shall not affect any other provision of this Note. The remaining provisions of this Note shall remain operative and in full force and effect and shall in no way be affected, prejudiced, or disturbed thereby. In the event any provisions of this Note are inconsistent with any other agreements or documents executed in connection with this Note, this Note shall control.

Scanned by CamScanner

**IN WITNESS WHEREOF**, Borrower has caused this Note to be duly executed as of the day and year first above written.

**BORROWER:**

Premier Services AB LLC, a Florida limited liability company

By: _____
Jose Arellano, Manager

Scanned by CamScanner