IN THE COUNTY COURT OF THE
FIFTH JUDICIAL CIRCUIT, IN AND
FOR LAKE COUNTY, FLORIDA.

CASE NO. 2017 CC015815-O

WHITE OAK PASTURES, INC.,

    Plaintiff,

vs.

BCCFL, LLC, a Florida limited liability company; and SUZANNE BONHAM a/k/a SUE BONHAM,

    Defendants.

_____/

DOC # 20190220761
04/11/2019 09:25 AM   Page 1 of 3
Rec Fee: $0.00
Deed Doc Tax: $0.00
Mortgage Doc Tax: $0.00
Intangible Tax: $0.00
Phil Diamond, Comptroller
Orange County, FL
Ret To: ORANGE COUNTY CLERK OF COURT
ERECORD

## FINAL JUDGMENT

THIS CAUSE came on before the Court on Plaintiff, WHITE OAK PASTURES, INC's Motion for Entry of Final Judgment Following Default Under Settlement Agreement. With the Court having reviewed the Motion and attachments, the Complaint, Settlement Agreement and contents of the case file, and with the Court being otherwise duly advised in the premises, the Court finds as follows:

A. The parties entered into a Settlement Agreement requiring the Defendant to make payments to the Plaintiff according to a schedule set forth in the settlement agreement.

B. An order has been entered adopting the Settlement Agreement and requiring the parties to comply with the Settlement Agreement;

C. The Defendant has paid the total sum of $9,000.00 in connection with the Settlement Agreement, but has failed to make the payment due on and subsequent to March 28, 2019; and

D. The Plaintiff is entitled to the entry of final judgment as to damages against the Defendant for fraudulent conveyance in the amount of $18,003.75.

DOC# 20190304641
05/16/2019 10:45:08 AM   Page 1 of 3
Rec Fee: $27.00
Phil Diamond, Comptroller
Orange County, FL
SA - Ret To: STONE & GERKEN P A

State of FLORIDA, County of ORANGE
I hereby certify that this is a true copy of the document as reflected in the Official Records
PHIL DIAMOND, COUNTY COMPTROLLER
BY: _____, D.C.
DATED: 5/16/19

Exhibit "C"

E.   The Plaintiff is entitled to an award of all attorney's fees incurred by the Plaintiff in connection with the plaintiff's enforcement of the Settlement Agreement against the Defendant.

F.   The hourly rate of $300.00 per hour for the services of William Grant Watson, Esquire, and $100.00 for paralegals in connection with this action is a reasonable hourly rate. The amount of 3.5 hours spent by William Grant Watson and Cindi Kennedy in connection with the enforcement of the Settlement Agreement is a reasonable amount of time and $900.00 is a reasonable fee to have been spent by counsel and staff in enforcing the settlement agreement. Based on the foregoing, it is

ORDERED AND ADJUDGED as follows:

1.   There is due to the Plaintiff, **WHITE OAK PASTURES, INC.**, from Defendant, **SUZANNE BONHAM a/k/a SUE BONHAM**, the following sums:

| | |
|---|---|
| Unpaid balance per Settlement Agreement | $9,003.75 |
| Additional Attorney's Fees | 900.00 |
| **TOTAL** | **$9,903.75** |

The foregoing itemized sums are now due and owing from Defendant, **SUZANNE BONHAM a/k/a SUE BONHAM**, to the Plaintiff, and, in addition, such further sums as may be paid by the Plaintiff for court costs, together with interest at the rate of 6.57% from the date of this judgment until paid and any further sums in connection with this suit, for which let execution issue.

2.   It is further ordered and adjudged that the judgment debtor(s) shall complete under oath Florida Rule of Civil Procedure Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on the judgment creditor's attorney, or the judgment creditor if the judgment creditor is not represented by an attorney, within 45 days from the date of this final judgment, unless the final judgment is satisfied or post-judgment discovery is stayed.

4/10/2019 12:32 PM FILED IN OFFICE OF TIFFANY M. RUSSELL CLERK CIRCUIT COURT ORANGE CO FL
Case 6:20-ap-00051-LVV    Doc 1-3    Filed 08/17/20    Page 3 of 3

Final Judgment          20190220761 Page 3 of 3
Page 3

6. Jurisdiction of this case is retained to enter further orders that are proper to compel the judgment debtor(s) to complete form 1.977, including all required attachments, and serve it on the judgment creditor's attorney, or the judgment creditor if the judgment creditor is not represented by an attorney.

7. The address for Plaintiff, **WHITE OAK PASTURES, INC.**, is Post Office Box 98, Bluffton, GA 39824.

8. This Court retains jurisdiction of this cause for the purpose of making all further orders and judgments that may be necessary and proper.

DONE AND ORDERED in Chambers, Orlando, Orange County, Florida, on this 9 day of April, 2019.

_____
Faye L. Allen
County Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished by regular U. S. mail to **William G. Watson, Esquire**, 4850 N. Highway 19A, Mount Dora, Florida 32757; **Jonathan J. A. Paul, Esquire**, 631 Palm Springs Drive 114, Altamonte Springs, Florida 32701; and **Suzanne Bonham a/k/a Sue Bonham**, last known address – 501 Lake Cove Pointe Circle, Winter Garden, Florida 34787 on this 9 day of April, 2019.

_____
Judicial Assistant/Deputy Clerk