**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **IN RE:** | **BANKRUPTCY CASE NO.: 6:20-bk-02756-LVV** |
| **DONNA SUZANNE BONHAM,** | **CHAPTER 13** |
| Debtor(s). | |

_____

| | |
|---|---|
| **WHITE OAK PASTURES, INC.** | **ADVERSARY CASE NO: 6:20-ap-00051-LVV** |
| **Plaintiff,** | |
| | |
| **v.** | |
| | |
| **DONNA SUZANNE BONHAM,** | |
| **Defendant.** | |

_____/

## ANSWER TO COMPLAINT

COMES NOW, DONNA SUZANNE BONHAM, Debtor/Defendant, and files this Answer to Complaint filed by White Oak Pastures, Inc.'s to Determine Dischargeability of Debt Pursuant to 11 U.S.C. §523(a)(2)(A) and would show as follows:

1. Admit.

2. Admit.

3. Admit.

4. Admit

5. Admit.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Without knowledge and therefore denied.

12. Without knowledge and therefore denied.

13. Admit.

14. Denied.

15. Denied.

WHEREFORE, the Debtor/Defendant requests that this Court deny the relief requested in the Complaint filed by the Plaintiff; award attorney fees to the Debtor/Defendant for having to defend this action; and that she be granted such other relief as the court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by United States Mail with first class postage prepaid on this 7th day of January 2021 to:


Trustee: - ECF REGISTERED
Laurie K. Weatherford
Chapter 13 Trustee
PO Box 3450
Winter Park, FL 32792

Creditor:
William Grant Watson, Esq.
Stone & Gerken, P.A.
4850 N. Highway 19A
Mount Dora, FL 32757

/s/ STEPHEN R. CAPLAN
STEPHEN R. CAPLAN, ESQ.
Florida Bar No. 835153
31 N. Hyer Ave.
Orlando, FL 32801
Phone: (407) 872-6249
Fax: (407) 425-1501
Attorney for Debtor/Defendant