

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/02/2021 10:15 AM

COURTROOM 6C, 6th Floor

**HONORABLE LORI VAUGHAN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:20-bk-02756-LVV | Chapter 13 | 08/17/2020 |
| ADVERSARY: 6:20-ap-00051-LVV | | Pltf Atty: William Grant Watson |
| | | Dft Atty: Stephen R Caplan |
| DEBTOR: | Donna Suzanne Bonham | |

**HEARING:**

White Oak Pastures, Inc. v. Bonham

WHITE OAK PASTURES V. BONHAM
Pltf atty: William Watson
Def Atty: Stephen Caplan
Pretrial Conference
Note:
Cont from 12/8/20, debtor directed to file an answer
Answer to Complaint (Doc #11)
Trial in Main Case on Obj to FL Dept of Rev. Claim set 6/30/21 at 10am
Nature of Suit:
Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud

**APPEARANCES:**:
 Pltf atty: William Watson
Def Atty: Stephen Caplan

**RULING:**
WHITE OAK PASTURES V. BONHAM

Pretrial Conference - cont to 8/3/21 at 10:15am (AOCNFNG) if the case is still pending.

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.